**08 CV 5323**

**JUDGE BUCHWALD**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

FARM FRESH, INC.

                Plaintiff,

against

BRONX BUTTER CO., INC., JOSEPH TROIANO,
MICHAEL G. ANTHONY MARANO,

                Defendants.

CASE NUMBER:

_____

*RECEIVED JUN 1 1 2008 U.S.D.C. S.D.N.Y. CASHIERS*

Pursuant to Rule 7 of the Local Rules of the U.S. District Court for the Southern and Eastern Districts of New York and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for **Plaintiff** (A private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

**NONE**

Date:   Westbury, New York
         June 5, 2008

KREINCES & ROSENBERG, P.C.

By: _____
LEONARD KREINCES (LK/6524)
Attorneys for Plaintiff
900 Merchants Concourse, Suite 305
Westbury, New York 11590
(516) 227-6500

Z:\kreinces1\WORK\General\Farm Fresh\Bronx Butter\Rule 7.frm