```
                    CORPORATION SERVICE COMPANY
08 CV 5323
                       AFFIDAVIT OF SERVICE


STATE OF NEW YORK
UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK
INDEX # 08 CV 5323
-----------------------------------------------------------------



FARM FRESH INC.,
                                                    PLAINTIFF


           VS.


BRONX BUTTER AND EGG, INC.                          DEFENDANT



-----------------------------------------------------------------

STATE OF NEW YORK
COUNTY OF ALBANY
CITY OF ALBANY              ss:
```

Cathy Krieger being duly sworn, deposes and says that she is over the age of eighteen (18) years; That on the 7TH day of July, 2008 at 8:35 AM she served the annexed SUMMONS IN A CIVIL ACTION WITH COMPLAINT, Index # 08 CV 5323 ,endorsed thereto on BRONX BUTTER AND EGG, INC. the defendant in this action, by delivering to and leaving with Carol Vogt an employee of the Office of the Secretary of the State of New York in the City of Albany, New York, two (2) copies thereof, and at the time of making said service, deponent paid the said Secretary of State of New York a fee of $40.00. That said service was made pursuant to Section 306 of the Business Corporation Law of the State of New York.

Deponent further says that she knew the person so served as aforesaid in the Office of the Secretary of the State of New York to be duly authorized by law to accept such service on behalf of the named defendant.

_____
Cathy Krieger

Sworn to before me this
11TH day of July, 2008.

_____
Johanna A. Burkhartt, Notary Public
rzm