AO 440 (Rev. 10/93) Summons in a Civil Action   **RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | SUMMONS IN A CIVIL CASE, COMPLAINT, JUDGES RULES |
| EFFECTED (1) BY ME: | OUT OF STATE |
| TITLE: | PROCESS SERVER |
| DATE: | 8/6/08 |

**CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:**

[ ] Served personally upon the defendant:

MICHAEL GOLIA

Place where served:

192 Barrett Hill Road, Mahopac, NY 10541

[X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant: MARISSA NIECE

Description of person accepting service:

SEX: F   AGE: 15   HEIGHT: 5'4"   WEIGHT: 100   SKIN: W   HAIR: BK   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____   SERVICES $ _____   TOTAL $ _____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 8/6/2008

_____ L.S.
SIGNATURE OF OUT OF STATE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

| | |
|---|---|
| ATTORNEY: | LEONARD KREINCES, ESQ. |
| PLAINTIFF: | FARM FRESH, INC. |
| DEFENDANT: | BRONX BUTTER AND EGG, INC. ET AL |
| VENUE: | SOUTHERN DISTRICT OF NEW YORK |
| DOCKET: | 08 CV 5323 |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.